# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS S. WASHAM,** | : | **CIVIL ACTION NO. 1:13-CV-052** |
| Petitioner | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **JUDGE JAMES F. PROUD,** *et al.*, | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 12th day of June, 2013, upon consideration of petitioner Thomas S. Washam's petition (Doc. 9) for writ of mandamus, and it appearing that the above-captioned case was transferred to the Eastern District of Pennsylvania on February 1, 2013 (see Doc. 8), and the court concluding that it is not the proper court to dispose of this motion, it is hereby ORDERED that the petition (Doc. 9) for writ of mandamus is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge